IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NICOLAS POORMAN,** *et al.*,

    **Plaintiffs,**

                                  Civil Action 2:23-cv-3945
v.                              Judge Edmund A. Sargus, Jr.
                                  Magistrate Judge Elizabeth P. Deavers

**SERVBANK (FKA THE MONEY
SOURCE), SUBSIDIARY OF ALLIED
FIRST BANK, SB,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines. (ECF No. 30.) The Motion is **GRANTED**. The parties shall have until **OCTOBER 31, 2025**, to conduct discovery, and until **JANUARY 30, 2026**, to file dispositive motions.

    **IT IS SO ORDERED**.

**Date: May 9, 2025**                                  **/s/** *Elizabeth A. Preston Deavers*
                                                      **ELIZABETH A. PRESTON DEAVERS**
                                                      **UNITED STATES MAGISTRATE JUDGE**