**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**NICOLAS POORMAN, *et al.*,**

**Plaintiffs,**

**v.**

**SERVBANK, *et al.*,**

**Defendants.**

**Case Number 2:23-cv-3945**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge S. Courter Shimeall**

**ORDER**

This matter is before the Court on the parties' cross-motions for summary judgment and related evidentiary filings. For the reasons outlined in this order, the Court **DENIES without prejudice to refiling** (ECF No. 102) Defendants Linda L Case, Stavros Papastavrou, Servbank, Servbank Holdco Inc., and The Money Source's Motion for Summary Judgment and (ECF No. 107) Plaintiffs Kayla Poorman and Nicolas Poorman's Motion for Summary Judgment. The parties should refile these motions and supporting documents **within 14 days of this Order** in accordance with the Court's direction herein.

The parties in this case collectively filed nearly 2,500 pages in connection with their cross-motions for summary judgment, including approximately 2,000 pages of exhibits and other evidentiary submissions. (*See* ECF Nos. 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 114, 115, 116, 117, 118.) The parties have filed as separate documents their motions for summary judgment, memoranda of law in support of those motions, and statements of undisputed material facts. (*See* ECF Nos. 102, 104, 106 (Defendants' briefing, totaling 82 pages, exclusive of table of contents and table of authorities); ECF Nos. 107, 108, 109 (Plaintiffs' briefing, totaling 51 pages, exclusive of table of contents and table of authorities).) The parties' briefs also lack readily findable citations to exhibits with page numbers. (*See, e.g.*, ECF Nos. 106, 108.) And some documents contain handwritten exhibit labels, which means the Court cannot use the search

function to find a particular exhibit. (*See* ECF Nos. 108, 114.) The Court has no "duty to sift through the record in search of evidence to support a party's opposition to summary judgment." *Parsons v. FedEx Corp.*, 360 F. App'x 642, 646 (6th Cir. 2010) (citation omitted).

The parties are instructed to resubmit their motions for summary judgment and supporting documents in compliance with the Southern District of Ohio Local Rules, paying particular attention to Local Rule 7.2. The newly filed briefs may be **no more than 30 pages**, and all facts and argument should be contained in one brief, with citations to exhibits and page numbers. While parties should not cite to the filings that this Court is denying in this Order (ECF Nos. 102, 107) or to supporting documents, responses, and replies already filed (ECF Nos. 103, 104, 105, 106, 108, 109, 110, 111, 114, 115, 116, 117, 118), the Local Rules require "all filings in this Court that reference a prior filing [to] provide pinpoint citations to the PageID number in the prior filing being referenced, along with a brief title and the docket number of the document referenced (e.g., Motion to Dismiss, ECF No. 12 at PageID 123)." Local R. 7.2(b)(3). The Court also reminds the parties that "[e]vidence submitted . . . shall be limited to that necessary for decision and shall include only essential portions of transcripts or exhibits referenced in the memorandum." Local R. 7.2(e). "When a substantial number of pages of deposition transcripts or exhibits must be referenced for the full and fair presentation of a matter, the parties shall refer in their memoranda the specific pages at which key testimony is found . . . ." Local R. 7.2.

For the above reasons, the Court **DENIES without prejudice to refiling** (ECF No. 102) Defendants Linda L Case, Stavros Papastavrou, Servbank, Servbank Holdco Inc., and The Money Source's Motion for Summary Judgment and (ECF No. 107) Plaintiffs Kayla Poorman and Nicolas Poorman's Motion for Summary Judgment. The parties are instructed to refile their motions for summary judgment and supporting documents **within 14 days of this Order** (limiting their briefs to 30 pages, with all facts and argument in one brief). The parties will then

have **10 days to respond** (limiting their briefs to 30 pages, with all facts and argument in one brief) and **7 days to reply** (limiting their briefs to 20 pages, with all facts and argument in one brief). All filings should be text-searchable, with no handwritten exhibit labels.

This case remains open.

**IT IS SO ORDERED.**

**11/16/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**